1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE: 6:10-MJ-00118-MJS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| JUAN MOYA, | ) | |
| Defendant. | ) | Court: U.S. Magistrate Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Juan Moya, and his attorney of record, Jeremy Kroger, that the Status Conference in the above-captioned matter currently scheduled for October 19, 2010 be continued, and the matter be set for Plea and Sentencing on November 17, 2010, at 10:00 a.m.


Dated: October 18, 2010          /s/ Susan St. Vincent
                                 Susan St. Vincent
                                 Acting Legal Officer for
                                 National Park Service


Dated: October 18, 2010          /s/ Jeremy Kroger
                                 Jeremy Kroger
                                 Attorney for
                                 Juan Moya

1

* * * ORDER * * *

The Court, having reviewed the above request to continue the October 19, 2010 Status Conference and for set the matter for Plea and Sentencing on November 17, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for October 19, 2010 is continued..

2. The above-captioned matter is now set for Plea and Sentencing on November 17, 2010.

IT IS SO ORDERED.

Dated:   October 20, 2010            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE