# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:10-MJ-118 MJS

U.S.A.

v.

JUAN MOYA

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____

DATE of BIRTH: _____

DRIVER'S LICENSE #: _____

ADDRESS: _____

_____

City                          State                          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS.  **NOTE:  FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____          _____
                                                  Defendant's Signature

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

( ) **FINE** of $ _____          (✔) **Penalty ASSESSMENT** of $ 20.00

( ) **PROCESSING Fee** of $ _____          for a **TOTAL AMOUNT** of $ 20.00 ,

paid within 30 days ~~xxxxxxxxxxx~~ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
_____
_____
_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (check one):

| | | |
|---|---|---|
| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | [ ] CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | [✔] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 2/1/2011                    /s/ Michelle Means Rooney, Deputy Clerk
                                                  for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007